UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
06-CV-4764(JMR/JSM)

| | |
|---|---|
| Wallace James Beaulieu ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| State of Minnesota ) | |

On September 6, 2007, the Honorable Janie S. Mayeron, United States Magistrate Judge, issued a Report and Recommendation in this matter. Neither party filed objections to the Report pursuant to Local Rule 72.1(c)(2). The Court reviewed petitioner's supplemental submission in its consideration of his application for habeas corpus relief under 28 U.S.C. § 2254.

Accordingly, IT IS ORDERED that:

1. Petitioner's motion to expedite [Docket No. 10] is denied as moot.

2. Petitioner's request for permission to file a supplemental brief [Docket No. 12] is granted.

3. The petition under 28 U.S.C. § 2254 for writ of habeas corpus [Docket No. 1] is hereby denied and dismissed with prejudice.

Dated: October 1, 2007

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge